**1050**

■

Lynell B. TUCKER, Defendant
Below–Appellant,

v.

STATE of Delaware, Plaintiff
Below–Appellee.

No. 87, 2017

Supreme Court of Delaware.

Submitted: August 29, 2017
Decided: November 3, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID 1109012280A (N)

AFFIRMED.

■

Duckens LIMA, Defendant
Below–Appellant,

v.

STATE of Delaware, Plaintiff
Below–Appellee.

No. 298, 2017

Supreme Court of Delaware.

Submitted: October 30, 2017
Decided: November 6, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID Nos. 1512001399 and 1512011347 (S)

DISMISSED.

■

Mark A. SMITH, Defendant
Below–Appellant,

v.

STATE of Delaware, Plaintiff
Below–Appellee.

No. 319, 2017

Supreme Court of Delaware.

Submitted: October 30, 2017
Decided: November 6, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID 1505021915 (S)

DISMISSED.

■

Leslie WERTH,* Petitioner
Below, Appellant,

v.

Vincent LONG, Respondent
Below, Appellee.

No. 320, 2017

Supreme Court of Delaware.

Submitted: October 24, 2017
Decided: November 6, 2017

Court Below: Family Court of the State of Delaware, in and for Sussex County, File No. CS99–03095, Pet. No. 16–10025

DISMISSED.

* The Court assigned pseudonyms to the parties    under Supreme Court Rule 7(d).